11 A.3d 967

**Larry ALEXANDER, Appellant**

v.

**COMMONWEALTH of Pennsylvania, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY at CP–51–CR–1004222–2005, and Philadelphia Police Headquarters, Homicide Division, Appellees.**

Supreme Court of Pennsylvania.

Jan. 28, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of January, 2011, the Order of the Commonwealth Court is **AFFIRMED.** Additionally, Appellant's motion for judgment or order against the Philadelphia Police, filed July 14, 2010, is hereby dismissed as moot, and we note that Appellant withdrew his motion for appointment of counsel on that date.